

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00424-CV
_____

M&L BUILDERS, INC., APPELLANT

V.

KRISU HOSPITALITY, LLC, APPELLEE

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 38,934; Honorable Phil N. Vanderpool, Presiding

April 30, 2019

## ORDER OF REINSTATEMENT AND DISMISSAL

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

M&L Builders, Inc. and Mukesh Bhakta appealed from a default judgment in favor of Krisu Hospitality, LLC. We abated the appeal on January 2, 2018, upon receiving notice that Bhakta was in bankruptcy. *See* TEX. R. APP. P. 8.1, 8.2. In April 2018, Bhakta filed a suggestion of bankruptcy, informing this court that his bankruptcy proceeding was dismissed and that M&L Builders was now in bankruptcy. On May 1, 2018, pursuant to Bhakta's motion, we reinstated the appeal, severed Bhakta's appeal into cause number

07-18-00156-CV, and abated M&L Builders's appeal in accordance with Texas Rule of Appellate Procedure 8.2.

In our May 1 order, we directed M&L Builders and Krisu Hospitality to promptly inform this court of the resolution of M&L Builders's bankruptcy proceeding or any other event authorizing reinstatement of the appeal. *See* TEX. R. APP. P. 8.3(a). We received no further communication regarding M&L Builders's bankruptcy from the parties. In April 2019, pursuant to an inquiry, the clerk of this court received notice from the bankruptcy court that M&L Builders's bankruptcy had been resolved. Accordingly, by letter of April 9, 2019, we directed M&L Builders to file a motion requesting reinstatement or an extension of the abatement by April 19, or the appeal would be dismissed. *See id.* at 42.3(c). To date, M&L Builders has not filed a response to the court's letter.

Therefore, we reinstate the appeal for the purpose of dismissal and dismiss the appeal because M&L Builders failed to comply with an order of this court. TEX. R. APP. P. 42.3(c).

It is so ordered.

Per Curiam